| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **WorthFab, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (if known) | **20-10466** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **A/B, D, E**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2020**    X **/s/ Keit Tipton**
Signature of individual signing on behalf of debtor

**Keit Tipton**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **WorthFab, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (if known) | **20-10466** |

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $ **486,557.88**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................ $ **486,557.88**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **310,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **236,000.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ **654,745.58**

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ **1,200,745.58**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **WorthFab, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (if known) | **20-10466** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|
   | 2. **Cash on hand** | **$6,093.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                    **$6,093.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:  Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:     **144,000.00**   -   **0.00**   = ....   **$144,000.00**
                                  face amount           doubtful or uncollectible accounts

---

| Debtor | **WorthFab, LLC** | Case number *(If known)* **20-10466** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | **$144,000.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** inventory | | $0.00 | | $6,200.00 |

| 23. | **Total of Part 5.** | **$6,200.00** |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **WorthFab, LLC** | Case number *(If known)* **20-10466** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 39. | **Office furniture**<br>office furniture | $0.00 | $2,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**  $2,000.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  vehicles | $0.00 | | $1,800.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>equipment (list attached) | $0.00 | $326,464.88 |

51. **Total of Part 8.**  $328,264.88
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No

| Debtor | **WorthFab, LLC** | Case number *(If known)* **20-10466** |
|---|---|---|
| | Name | |

☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|  | Possible claim for damages versus Thalle Corp. | $0.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **WorthFab, LLC** | Case number *(If known)* **20-10466** |
|---|---|---|
| | Name | |

### Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,093.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $144,000.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $6,200.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $328,264.88 | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $486,557.88 | + 91b.    $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $486,557.88 |

In re **WorthFab, LLC**        Case No. **20-10466**

Debtor(s)

## SCHEDULE A/B - PROPERTY
**Attachment A**

| EQUIPMENT | VALUE |
|---|---|
| **Welding machines and equipment** | $46,679.27 |
| **Flow Model Mach 26 4020B** | 80,000.00 |
| **Hypertherm 125 Amp Plasma Torch** | 6,563.30 |
| **Hypertherm 85 Amp Plasma Torch** | 3,480.11 |
| **Tractor (BugO Weld Machine)** | 29,183.20 |
| **Ridgid 535 Threading Machine** | 6,259.00 |
| **Amada Model HA 500 Automatic Saw** | 12,500.00 |
| **Daewoo Puma 15 CNC Lathe** | 55,000.00 |
| **60" Cincinnati Simplex Production Mill** | 19,500.00 |
| **Air Compressor 300 CFM** | 7,000.00 |
| **Manlift** | 5,000.00 |
| **Hot Water Cleaner** | 1,800.00 |
| **Horizontal Mill** | 2,000.00 |
| **Vertical Milling Machine** | 2,000.00 |
| **Vertical Milling Machine** | 2,000.00 |
| **Punch** | 100.00 |
| **Radial Arm Drill** | 2,000.00 |
| **Ironworker Edwards 125 Ton** | 32,000.00 |
| **Forklift** | 6,800.00 |
| **Trailer** | 1,800.00 |
| **Ford Ranger 1989** | 1,800.00 |
| **Misc.** | 2,000.00 |
| **Computers and Office Equipment** | <u>1,000.00</u> |
| **TOTAL** | $326,464.88 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **WorthFab, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF GEORGIA |
| Case number (if known) | **20-10466** |

☐ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Crisp County** — Creditor's Name<br>210 South 7th Street, Room 309<br>Cordele, GA 31015<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>equipment<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $310,000.00 | $326,464.88 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $310,000.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: **WorthFab, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known): **20-10466**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Brenda Gillian** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,000.00 | $8,000.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Georgia Department of Revenue**<br>**PO Box 161108**<br>**Atlanta, GA 30321** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 | $20,000.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **WorthFab, LLC** | Case number (if known) | **20-10466** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200,000.00** | **$200,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Jeff White** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,000.00** | **$8,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Ace Industries**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$912.17** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Airgas USA, LLC**<br>**PO Box 734672**<br>**Dallas, TX 75373-4672**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$21,097.68** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**American Piping Supply, Inc.**<br>**330 Ash Street**<br>**Macon, GA 31201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$13,195.55** |

Debtor **WorthFab, LLC**　　Case number (if known) **20-10466**

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Contractors Material Company**<br>**PO Box 621227**<br>**Cincinnati, OH 45262**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?　■ No　☐ Yes | **$9,161.92** |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Cook Industrial Electric Company, Inc.**<br>**PO Box 839**<br>**Cordele, GA 31010**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?　■ No　☐ Yes | **$40,420.56** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Cooksey Steel Company**<br>**1024 Ware Street**<br>**Albany, GA 31705**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?　■ No　☐ Yes | **$12,566.90** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Dunlap Stainless**<br>**2905 Ramsey Road**<br>**Gainesville, GA 30507**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?　■ No　☐ Yes | **$32,503.43** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Dura-Bar Metal Services**<br>**35168 Eagle Way**<br>**Chicago, IL 60678-1351**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?　■ No　☐ Yes | **$56,739.60** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**eShipping LLC**<br>**PO Box 775332**<br>**Chicago, IL 60677**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?　■ No　☐ Yes | **$3,360.30** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Fastenal**<br>**PO Box 978**<br>**Winona, MN 55987**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?　■ No　☐ Yes | **$3,047.57** |

| Debtor | **WorthFab, LLC** | Case number (if known) | **20-10466** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Flow International**<br>**23500 64th Avenue, S**<br>**Kent, WA 98032**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $11,748.55 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Industrial Manufacturing**<br>**2211 Walter Brown Drive**<br>**Albany, GA 31705**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $9,176.76 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Kabbage**<br>**925 B Peachtree Street, NE**<br>**Suite 1688**<br>**Atlanta, GA 30309**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **PPP loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | $148,142.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Landstar Inway, Inc.**<br>**12793 Collections Ctr Dr**<br>**Chicago, IL 60693**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,600.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**McNichols Co.**<br>**PO Box 30300**<br>**Tampa, FL 33630**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $16,777.90 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Nelson Stud Welding**<br>**PO Box 4019**<br>**Elyria, OH 44036**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $18,850.59 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**NexAir, LLC**<br>**4090 Steve Reynolds Blvd.**<br>**Duluth, GA 30096**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $6,700.41 |

Debtor **WorthFab, LLC**     Case number (if known) **20-10466**
<br>Name

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Penn Stainless Products**<br>**PO Box 9001**<br>**Quakertown, PA 18951**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,809.24** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Phoenix Metal Company**<br>**PO Box 1455083932589**<br>**Atlanta, GA 31193**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$69,738.08** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Sherwin-Williams**<br>**1207 16th Avenue, E**<br>**Cordele, GA 31015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,333.63** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Southeastern Freight Lines**<br>**115 Centennial Avenue**<br>**Albany, GA 31707**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,934.64** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Southern Fiber Worx**<br>**1216 E 13th Avenue**<br>**Cordele, GA 31015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,686.16** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Thalle Construction Company, Inc.**<br>**900 NC Highway 86 N**<br>**Hillsborough, NC 27278**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$25,000.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**TTL, Inc.**<br>**PO Drawer 1128**<br>**Tuscaloosa, AL 35403**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$103,000.00** |

Debtor **WorthFab, LLC**
Name

Case number (if known) **20-10466**

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,491.29** |
|---|---|---|---|
| | **United Rentals, Inc.**<br>**PO Box 10071**<br>**Atlanta, GA 30384-0711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,750.65** |
|---|---|---|---|
| | **Wolseley Ind. Group**<br>**PO Box 100286**<br>**Atlanta, GA 30384-0286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Cook Industrial Electric Company, Inc.**<br>**c/o James H. Edge, Esq.**<br>**Moore, Clarke, DuVall & Rodgers, PC**<br>**PO Drawer 71727**<br>**Albany, GA 31708** | Line  **3.5**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | **236,000.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **654,745.58** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.   $ | **890,745.58** |

# United States Bankruptcy Court
## Middle District of Georgia

In re: **WorthFab, LLC**  
Debtor(s)

Case No. **20-10466**  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 30, 2020**

**/s/ Keit Tipton**  
**Keit Tipton**/**President**  
Signer/Title

Ace Industries

Airgas USA, LLC
PO Box 734672
Dallas, TX 75373-4672

American Piping Supply, Inc.
330 Ash Street
Macon, GA 31201

Brenda Gillian

Contractors Material Company
PO Box 621227
Cincinnati, OH 45262

Cook Industrial Electric Company, Inc.
PO Box 839
Cordele, GA 31010

Cook Industrial Electric Company, Inc.
c/o James H. Edge, Esq.
Moore, Clarke, DuVall & Rodgers, PC
PO Drawer 71727
Albany, GA 31708

Cooksey Steel Company
1024 Ware Street
Albany, GA 31705

Crisp County
210 South 7th Street, Room 309
Cordele, GA 31015

Dunlap Stainless
2905 Ramsey Road
Gainesville, GA 30507

Dura-Bar Metal Services
35168 Eagle Way
Chicago, IL 60678-1351

eShipping LLC
PO Box 775332
Chicago, IL 60677

Fastenal
PO Box 978
Winona, MN 55987

Flow International
23500 64th Avenue, S
Kent, WA 98032

Georgia Department of Revenue
PO Box 161108
Atlanta, GA 30321

Industrial Manufacturing
2211 Walter Brown Drive
Albany, GA 31705

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Jeff White


Kabbage
925 B Peachtree Street, NE
Suite 1688
Atlanta, GA 30309

Landstar Inway, Inc.
12793 Collections Ctr Dr
Chicago, IL 60693

McNichols Co.
PO Box 30300
Tampa, FL 33630

Nelson Stud Welding
PO Box 4019
Elyria, OH 44036

NexAir, LLC
4090 Steve Reynolds Blvd.
Duluth, GA 30096

Penn Stainless Products
PO Box 9001
Quakertown, PA 18951

Phoenix Metal Company
PO Box 1455083932589
Atlanta, GA 31193

Sherwin-Williams
1207 16th Avenue, E
Cordele, GA 31015

Southeastern Freight Lines
115 Centennial Avenue
Albany, GA 31707

```
Southern Fiber Worx
1216 E 13th Avenue
Cordele, GA 31015

Thalle Construction Company, Inc.
900 NC Highway 86 N
Hillsborough, NC 27278

TTL, Inc.
PO Drawer 1128
Tuscaloosa, AL 35403

United Rentals, Inc.
PO Box 10071
Atlanta, GA 30384-0711

Wolseley Ind. Group
PO Box 100286
Atlanta, GA 30384-0286
```